## No. 30,331.

THE WOLFE TIRE CORPORATION, *Appellee,* v. JAMES STANTON et al., *Appellants.*

This case was consolidated and submitted with No. 29,335. The errors assigned in this appeal are covered in the earlier appeal of No. 29,335. It follows that the judgment in No. 30,331 is also **affirmed.**